PHILIP K. HOUSTON, Respondent, Appellant, v. JAMES BLISS COOMBS, Appel-

lant, Respondent.— Order so far as appealed from by the defendant affirmed; so far as appealed from by the plaintiff reversed, with ten dollars costs and disbursements to the plaintiff, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.